**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KARL MCHENRY**,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**ANDREW M. SAUL**,<br><br>　　　　　Defendant. | Case No.: 4:20-cv-06642-YGR<br><br>**ORDER DENYING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES**<br><br>Re: Dkt. Nos. 7, 9, 10, 11, 16 |

The Court has reviewed Magistrate Judge Donna M. Ryu's Report and Recommendation (Dkt. No. 7, Report and Recommendation, "Report") recommending dismissal of this case for failure to pay the filing fee. In accordance with Federal Rule of Civil Procedure 72, objections to the Report were due on or before November 4, 2020. No objections were *timely* received by the Court.

McHenry, however, paid the filing fee on October 27, 2020, and further submitted a response on November 5, 2020 confirming the payment of the filing fee. (Dkt. Nos. 10, 11.) Thus, in light of the foregoing, and in the interest of justice, the Report is **DENIED**. McHenry and McHenry's counsel are reminded of the importance of adhering to deadlines as established by the Court's orders, local rules, and federal rules.

Moreover, the parties have now filed forms consenting to proceed before a magistrate judge for all purposes. (Dkt. Nos. 9, 16.) Accordingly, pursuant to Local Rule 73-1(b) and the consent of the parties, this matter is **REFERRED** to a magistrate judge for all purposes including trial and entry of judgment. The parties will be advised of the date, time and place of the next appearance by notice from the assigned magistrate judge.

This Order terminates Docket Number 7.

**IT IS SO ORDERED**.

Dated: December 4, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

**CC: MAGREF EMAIL**