UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARL MCHENRY,

          Plaintiff,

v.

KILOLO KIJAKAZI,

          Defendant.

Case No. 20-cv-06642-DMR

**ORDER TO SHOW CAUSE**

Plaintiff Karl McHenry filed a motion for attorneys' fees on January 18, 2024. [Docket No. 32.] Pursuant to Civil Local Rule 7-3, Defendant's opposition or statement of nonopposition was due by February 1, 2024 but nothing was filed. On February 23, 2024, the court ordered Defendant to file a response to Plaintiff's motion by no later than March 6, 2024. [Docket No. 35.] As of the date of this order, nothing has been filed. By March 18, 2024, Defendant shall show cause in writing for the failure to file a response to Plaintiff's motion and shall simultaneously file a response to the motion.

**IT IS SO ORDERED.**

Dated: March 13, 2024



Donna M. Ryu
Chief Magistrate Judge